*Luther Loomis* v. *Peter Stuyvesant et al.* L. R. MARSH, for complainant; J. RHOADES and M. T. REYNOLDS, for the Greenwich Bank; E. H. BLATCHFORD, for Davis. Order allowing complainant to vacate the decree in this cause, and to enter a decree of strict foreclosure, in case the defendants G. & J. R. Stuyvesant and the assignees of the judgments shall within twenty days consent to it, and serve a written stipulation to that effect. And in that case the applicants are to pay the complainant his costs of opposing these applications. If such stipulation is not given, motion denied with costs.